UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-01243

DIANA PERCIVAL,

        Plaintiff,

v.

SHERIFF CHAD CHRONISTER, *in his official capacity*
DEPUTY MARCOS PERERA, *individually*,
DEPUTY JORDAN BRIZENDINE, *individually*,
DAVID A. LEDUC, and
ALARM MONITORING & SERVICE, INC.

        Defendants.
_____/

## **PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

    Plaintiff, DIANA PERCIVAL, by and through undersigned counsel, pursuant to the applicable Federal Rules of Civil Procedure, hereby files this Response to the Court's Order to Show Cause (Dkt. 88). Plaintiff states as follows:

    1.    On September 18, 2023, the Defendants served Plaintiff with Requests for Admissions and Production along with Interrogatories. Plaintiff's response was due on or before October 18, 2023.

    2.    On January 25, 2024, counsel for the Defendants emailed undersigned counsel following up on the discovery requests that were initially served upon Plaintiff.

    3.    Plaintiff's counsel inadvertently failed to respond to the discovery requests, acknowledged that inadvertence and told Sheriff Chronister's counsel that undersigned would provide the discovery responses as soon as possible.

    4.    On March 7, 2024, Plaintiff served the Defendants with her response to the Request for Admissions and Request for Interrogatories.

1

5. On March 21, 2024, the Defendants filed a Motion to Compel Responses to Defendant's Request for Production. Dkt. 74.

6. On April 5, 2024, the Court ordered Ms. Percival to either file an objection to the Defendant's Motion to Compel or a notice stating that there was no Objection from Ms. Percival. Dkt. 80.

7. On April 8, 2024, Ms. Percival served the Defendants with her Response to the Request for Production.

8. Having served the Defendants with the requested discovery, undersigned counsel inadvertently forgot to notify the Court and/or file the notice described in the Court's Order (Dkt. 80).

Respectfully submitted,
*/s/* Jeremy McLymont, Esq.
AsiliA Law Firm, P.A.
33 SW 2nd Ave. Ste. 1100
Miami, FL 33130
Tel. (786) 420.3014
Fax (813) 549.2896
Jeremy@asilialaw.com
Florida Bar No.1010776
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of April 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Jeremy McLymont*
Jeremy McLymont, Esq.
Florida Bar No. 1010776